```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 18069
   TATONIA ALLEN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5135


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was not confirmed.

     The case was dismissed without confirmation 01/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
OSLAK ROBERT DDS          UNSECURED             129.00           .00            .00
TCF NATIONAL BANK         UNSECURED          NOT FILED           .00            .00
GLOBAL TELDATA            UNSECURED          NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED             978.53           .00            .00
CINGULAR WIRELESS         UNSECURED          NOT FILED           .00            .00
SPRINT PCS                UNSECURED          NOT FILED           .00            .00
GREAT LAKES RADIOLOGY     UNSECURED          NOT FILED           .00            .00
IC SYSTEM INC             UNSECURED             108.40           .00            .00
FNB OF BROOKINGS          UNSECURED          NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED             902.00           .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED             796.74           .00            .00
AT&T                      UNSECURED          NOT FILED           .00            .00
B-REAL LLC                UNSECURED            1006.47           .00            .00
COM ED                    UNSECURED          NOT FILED           .00            .00
MCI COMMUNICATIONS        UNSECURED          NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED             398.74           .00            .00
PEOPLES ENERGY CREDIT UN  UNSECURED          NOT FILED           .00            .00
OSI COLLECTIONS           UNSECURED             910.00           .00            .00
SALLIE MAE                UNSECURED          NOT FILED           .00            .00
NEW JERSEY HIGHER EDUCAT  UNSECURED            6821.65           .00            .00
SALLIE MAE                UNSECURED          NOT FILED           .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY             .00                           .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18069 TATONIA ALLEN
```

```
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                     ---------------    ---------------
TOTALS                                          .00                .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 04/23/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE